**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:25cr134 |
| | ) | **Electronic Filing** |
| **RICHARD WHITE** | ) | |

**ORDER OF COURT**

AND NOW, this 13th day of August, 2026, upon due consideration of defendant's objections to the Presentence Investigation Report, IT IS ORDERED that [77] the objects be, and the same are, sustained in part. Defendant's objection to the summaries and factual accounts of his prior criminal convictions is sustained as follows: to the extent the summaries and factual accounts reflecting defendant's prior convictions contain statements of fact attributable to defendant that were not 1) admitted as part of a plea or 2) otherwise proven to establish the conviction and/or sentence, defendant is deemed to have preserved an objection to them and the court will not consider those summaries and factual accounts for the purposes of deciding any contested issues or the specific sentence to be imposed. The objections also are sustained in the same manner as other arrests and any factual summaries accompanying the other arrests recounted in the PSIR. The objections are overruled in all other aspects. See 18 U.S.C. § 3661.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Doug Maloney, AUSA
Yemi Olaiya, AFPD

(*Via CM/ECF Electronic Mail*)